IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MICHAEL BROOKS FAIRCHILD**                              **PLAINTIFF**

v.                               **CIVIL NO. 1:15cv324-HSO-RHW**

**COMMISSIONER OF SOCIAL SECURITY**                         **DEFENDANT**

## FINAL JUDGMENT

This matter is before the Court on United States Magistrate Judge Robert H. Walker's January 13, 2017, Report and Recommendation [16]. The Court, after a full review and consideration of the record in this case, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this Civil Action is **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 17th day of February, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE